WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105-1260

FILED '06 AUG 02 10:29 USDC-ORP

**ORIGINAL**

KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6916
FAX: (206) 220-6911
teri.healy@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR-ELLIS COMPANY<br>d/b/a Woodburn Fertilizer,<br><br>Defendants. | CV '06 1109 - MO<br><br>CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. section 621 *et seq.* ("ADEA"), to correct unlawful employment practices on the basis of

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

age and to provide appropriate relief to Carolyn Arzino, who was adversely affected by such practices. The Equal Employment Opportunity Commission ("the EEOC") alleges that defendant Wilbur-Ellis Company dba Woodburn Fertilizer (referred to herein as "Woodburn" or "defendant") violated the ADEA by discriminating against Ms. Arzino on the basis of age when it subjected her to age-based harassment. The EEOC also alleges that Woodburn violated the ADEA by subjecting Ms. Arzino to differing terms and conditions of employment when it gave her a poor performance evaluation, withheld her raise, and placed her on a 30-day probationary period. The EEOC further alleges a violation of the ADEA when Woodburn constructively discharged her on July 20, 2004.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the ADEA, 29 U.S.C. §626(b), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§216(c) and 217.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

4.  At all relevant times, defendant Wilbur-Ellis Company has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

5.  At all relevant times, defendant Wilbur-Ellis Company has continuously been doing business in the state of Oregon and has continuously had at least 20 employees.

## CONCILIATION

6.  Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. §626(b).

## STATEMENT OF CLAIMS

7.  More than thirty days prior to the institution of this lawsuit, Carolyn Arzino filed a charge with the Commission alleging violations of Section 7(b) of the ADEA by defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.  Since at least December 2002, defendant has engaged in unlawful employment practices at its Woodburn, Oregon facility, in violation of Section 623 (a) of the ADEA, 29 U.S.C. §§ 623 (a). These practices include discriminating against Ms. Arzino by subjecting her to age-based harassment, by subjecting her to differing terms and conditions of employment in giving her a poor performance evaluation, withholding her raise, and placing her on a 30 day probationary period, and by constructively discharging her on July 20, 2004.

COMPLAINT- Page 3 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

9.  The effect of the practices complained of in paragraph 8 above has been to deprive Ms. Arzino of equal employment opportunities and otherwise adversely affect her status as an employee because of her age.

10. The unlawful employment practices complained of in paragraph 9 above were and are willful within the meaning of Section 7 (b) of the ADEA, 29 U.S.C. § 626 (b).

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining defendant, its officers, agents, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice that discriminates on the basis of age against individuals 40 years of age and older.

B.  Order defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for qualified individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C.  Grant a judgment requiring defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, prejudgment interest and front pay to Ms. Arzino.

D.  Order defendant to make whole Ms. Arzino, the individual adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to reinstatement

COMPLAINT- Page 4 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

E. Grant such further relief as the Court deems necessary and proper in the public interest.

E. Award the Commission its costs in this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 1st day of August, 2006.

WILLIAM R. TAMAYO  
Regional Attorney

JAMES L. LEE  
Deputy General Counsel

KATHRYN OLSON  
Supervisory Trial Attorney

GWENDOLYN Y. REAMS  
Associate General Counsel

TERI HEALY  
Senior Trial Attorney

BY: _____ for William R Tamayo

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
San Francisco District Office  
350 The Embarcadero, Ste. 500  
San Francisco, California 94105-1260  
Telephone (415) 625-5645  
Facsimile (415) 625-5657

Office of the General Counsel  
1801 "L" Street NW  
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION  
Seattle District Office  
909 First Avenue, Suite 400  
Seattle, Washington 98104-1061  
Telephone: (206) 220-6883  
Facsimile: (206) 220-6911  
TDD: (206) 220-6882